12-15-00271-CR Twelfth Court of Appeal
in Tyler Texas

October-25-2015

The state of Texas. V Jody Ford McGreary: In the
7th District Court of Smith County
Case No 007-1110-10w

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 30 2015
eKm

TYLER TEXAS
PAM ESTES, CLERK

"Notice of Appeal!"

To THE HONORABle. Judge, of said

Now Come Jody Ford McGreary Applicant in the
above entitled and number Cause 007-1110-10w
show unto the Court as follows.

I

On October-11-2015. Applicant filed A application
for writ of habeas Corpus 11-07. In this application
Applicant present the Claim. That the District Attorney,
And the 7th District Court presented false evidence
to obtain A plea of guilt. Which is A Violation
of the United State Constitution of the 14th Amendment
Due process of law.

II

On October-19-2015. The trial Court and the
trial Judge denied the writ of habeas Corpus
pursuant to Art 11.07 section 1. Applicant seeks
to appeal of the trial Court Order denial of
hearing and the writ of habeas Corpus

III

The Applicant hereby give written notice of
Appeal to the 12th Court of Appeal

Respectfully Submited
Jody Ford McGr
Michael Unit

## Certificate of Service

I, Jody McCraws, hereby certify that this copy of this notice of Appeal was mail'd to the 7th District Court Clerk ~~Lou~~ Lois Rogus At 100.N. Broadway # 204 Tyler Tx 75702.

Respectfully Submitted

Jody F. McCraws 1694/8
Michael Unit

Twelfth Court of Appeal
Clerk 1517 West Front Street Suite 354
Tyler Texas 75702.                                    10-25-2015

Dear Clerk, Would you please present this
Notice of Appeal to the Court of
The denial of a hearing in Appellant
writ of habeas Corpus in cause no 007-1110-10-a
Thank you for your time in this matter
Respectfully submitted

*Jody Ford McCrews*

Jody Ford McCrews 1694118
Michael Unit 2664 F.M. 2054
Tennessee Colony Texas, 75886.


Please let the Court know on 11-11-2014
Applicant file a Notice of Appeal the Clerk
never filed it to the Court of Appeal in
This Cause no 007-1110-10 Ɨ.